# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 18−12592−BFK
**Chapter** 13

**In re:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Fay Allen Kennedy
15404 Weldin Dr
Woodbridge, VA 22191

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−0055

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA

## ORDER DENYING CONFIRMATION
## AND NOTICE THAT CASE MAY BE DISMISSED IF
## CONDITIONS OF LOCAL BANKRUPTCY RULE 3015−2 ARE NOT MET

Upon proper notice and a hearing on objection(s) to the Chapter 13 plan; it is, therefore

**ORDERED** that <u>unless the Court has entered an order previously confirming a Chapter 13 Plan</u>, the debtor shall take one of the actions enumerated in Local Bankruptcy Rule 3015−2 within twenty one (21) days from this Order and that the failure to do so may result in the dismissal of this Chapter 13 bankruptcy case; and it is further

**ORDERED** that the Clerk mail a copy of this order to the debtor(s), the attorney for the debtor(s), the attorney for the objecting creditor(s), and the Chapter 13 Trustee.

Date:<u> December 7, 2018</u>    /s/ Brian F. Kenney
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:
[odenyconvOct18.jsp]    Date:<u> December 7, 2018</u>

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 18-12592-BFK
Fay Allen Kennedy                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: lawsont              Page 1 of 1            Date Rcvd: Dec 07, 2018
                              Form ID: odenycon          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2018.
db          +Fay Allen Kennedy,    15404 Weldin Dr,    Woodbridge, VA 22193-1054
cr          +Wilmington Savings Fund Society, FSB, D/B/A Christ,    C/O Shapiro & Brown, LLP,
             501 Independence Pkwy,    Ste 203,    Chesapeake, VA 23320-5174

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2018 at the address(es) listed below:
              Daniel M. Press    on behalf of Debtor Fay Allen Kennedy dpress@chung-press.com,    pressdm@gmail.com
              John P. Fitzgerald, III    ustpregion04.ax.ecf@usdoj.gov
              Mary F. Balthasar Lake    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A
               Christiana Trust, as Trustee for the CSMC 2017-FHA1 Trust, Mortgage-Backed Notes, Series
               2017-FHA1 vabecf@logs.com
              Thomas P. Gorman    ch13alex@gmail.com,    tgorman26@gmail.com
                                                                                               TOTAL: 4