**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

In the Matter of:

| | |
|---|---|
| FAY ALLEN KENNEDY<br>SSN:   ###-##-0055<br><br>            Debtor | Chapter 13<br><br>Case No. 18-12592-BFK |

**ORDER OF DISMISSAL**

      This matter came on by request of the Trustee for Dismissal of this proceeding pursuant to an Order Conditionally Confirming Modified Chapter 13 Plan (Dkt. No. 48) entered on March 28, 2019, which order required Debtor to close and settle on the sale of 14851 Build America Drive, Woodbridge, VA 22191 and pay Trustee sufficient funds to pay creditors at 100% by September 21, 2019. Trustee having filed a certification that Debtor has defaulted on the terms of conditional confirmation, and it appearing to the court that adequate cause does exist and that it is in the best interest of the creditors and this estate that this proceeding be dismissed, it is

      ORDERED, that these proceedings under Chapter 13 of the Code be and they hereby are dismissed, and it is further

      ORDERED, that the debtor(s) pay the balance of the filing fee in the amount of $ 0.00       to the Clerk of Court within ten (10) days of the date of this order; and it is further

      ORDERED, that any interest earned and attributable to Plan payments made in this Chapter 13 case is hereby awarded to the office of the Chapter 13 Trustee of this Court as actual and necessary expenses pursuant to 11 U.S.C. 330(a)(1)(B), and it is further

      ORDERED, that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The Trustee need not file a final report in this case unless property or money is administered.

      If the debtor(s) has been making payments by payroll deduction, the employer as set forth in that Order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

Oct 17 2019

/s/ Brian F. Kenney
_____
Brian F. Kenney
U. S. Bankruptcy Judge

Entered on Docket: October 17, 2019

I Ask For This:

/s/ Thomas P. Gorman
_____
Thomas P. Gorman, Trustee
300 North Washington Street, Ste. 400
Alexandria, VA 22314
(703) 836-2226
VSB #26421

Order of Dismissal, page 2
Fay Allen Kennedy
Case #18-12592-BFK

<u>Local Rule 9022-1(C) Certification</u>

The foregoing order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

<u>/s/ Thomas P. Gorman</u>
Thomas P. Gorman, Chapter 13 Trustee

**PARTIES TO RECEIVE COPIES**

Fay Allen Kennedy
Chapter 13 Debtor
15404 Weldin Dr
Woodbridge, VA 22191

Daniel M. Press, Esquire
Attorney for Debtor
Chung & Press
6718 Whittier Ave. Ste. 200
Mclean, VA 22101

Rife International
ATTN: Payroll Office
2275 Research Blvd. 500
Rockville, MD 20850

Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, Ste. 400
Alexandria, VA  22314